# Court of Appeals
# of the State of Georgia

ATLANTA,  October 28, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0440. WILLIE FRANK WRIGHT, JR. v. THE STATE.

In August 2025, Willie Frank Wright, Jr., pled guilty to one count of misdemeanor cruelty to animals. Wright filed an application for discretionary review in this Court, which we denied. See Case No. A26D0067 (Sept. 19, 2025). Wright also filed a notice of appeal, resulting in the docketing of this direct appeal. We, however, lack jurisdiction.

Pretermitting whether Wright otherwise would have a right of direct appeal here,[1] this Court's denial of his application for discretionary appeal was a decision on the merits. See *Elrod v. Sunflower Meadows Dev., LLC*, 322 Ga. App. 666, 670 (4) (745 SE2d 846) (2013) ("[W]hen this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the application is res judicata with respect to the substance of the requested review.") (punctuation omitted). Thus, Wright has no right to "a direct appeal [to] obtain a second review of those same claims." *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003) (punctuation omitted); see also *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) (holding that party was estopped from seeking further judicial review of same order

---

[1] See OCGA § 5-6-35 (a) (5.3) (requiring a discretionary application for "[d]irect appeals from guilty pleas," effective May 14, 2025).

when discretionary application had been denied). Accordingly, this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/28/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*